# CANFIELD | BAER LLP

John B. Mann, Esquire
E-Mail: jmann@canfieldbaer.com

2201 Libbie Avenue
Suite 200
Richmond, Virginia 23230
T 804-673-6600 | F 804-673-6604
www.canfieldbaer.com

May 15, 2008

Mr. Matthew Hilgeford
5812 Christopher Lane
Richmond, VA 23226

Dear Mr. Hilgeford:

    I spoke with Dr. Garcia today regarding your condition. Dr. Garcia advised me that you do not have hemiplegia, which is a complete paralysis. She described your condition as a weakness in your side, and does not appear to be covered by the AIG disability policy.

    Please call me to discuss this matter.

Yours truly,

*John B. Mann*

John B. Mann

JBM/pb

*left msg -*
*Called - 6-6-08*
*6-89-08*


EXHIBIT 3

# CANFIELD | BAER LLP

2201 Libbie Avenue
Suite 200
Richmond, Virginia 23230
T 804-673-6600 | F 804-673-6604
www.canfieldbaer.com

John B. Mann, Esquire
E-Mail: jmann@canfieldbaer.com

April 15, 2008

VIA FAX 675-5373
AND REGULAR U.S. MAIL

Ms. Ruth November
Department of Veterans Affairs
Office of Regional Counsel
1201 Broad Rock Boulevard
Richmond, VA 23249

Re: Matthew Hilgeford

Dear Ms. November:

I represent Matthew Hilgeford with regard to his claim for benefits under the AIG Insurance policy. Mr. Hilgeford suffered a severe injury as a result of an assault.

Before I file suit, I would like Dr. Garcia to provide her medical opinion whether or not Mr. Hilgeford suffers from hemiplegia or paraplegia as defined in the AIG policy.

Please provide this information to me as soon as possible. I am enclosing a copy of the policy definition.

Yours truly,

John B. Mann

John B. Mann

JBM/pb
Enclosure
cc: Matthew Hilgeford
5812 Christopher Lane
Richmond, VA 23226