# CANFIELD | BAER LLP

2201 Libbie Avenue
Suite 200
Richmond, Virginia 23230
T 804-673-6600 | F 804-673-6604
www.canfieldbaer.com

John B. Mann, Esquire
E-Mail: jmann@canfieldbaer.com

April 15, 2008

**VIA FAX 675-5373**
**AND REGULAR U.S. MAIL**

Ms. Ruth November
Department of Veterans Affairs
Office of Regional Counsel
1201 Broad Rock Boulevard
Richmond, VA 23249

Re:   **Matthew Hilgeford**

Dear Ms. November:

I represent Matthew Hilgeford with regard to his claim for benefits under the AIG Insurance policy. Mr. Hilgeford suffered a severe injury as a result of an assault.

Before I file suit, I would like Dr. Garcia to provide her medical opinion whether or not Mr. Hilgeford suffers from hemiplegia or paraplegia as defined in the AIG policy.

Please provide this information to me as soon as possible. I am enclosing a copy of the policy definition.

Yours truly,

John B. Mann

John B. Mann

JBM/pb
Enclosure
cc:   Matthew Hilgeford
      5812 Christopher Lane
      Richmond, VA  23226



EXHIBIT 4