# CANFIELD | BAER LLP

John B. Mann, Esquire
E-Mail: jmann@canfieldbaer.com

2201 Libbie Avenue
Suite 200
Richmond, Virginia 23230
T 804-673-6600 | F 804-673-6604
www.canfieldbaer.com

May 15, 2008

Mr. Matthew Hilgeford
5812 Christopher Lane
Richmond, VA 23226

Dear Mr. Hilgeford:

I spoke with Dr. Garcia today regarding your condition. Dr. Garcia advised me that you do not have hemiplegia, which is a complete paralysis. She described your condition as a weakness in your side, and does not appear to be covered by the AIG disability policy.

Please call me to discuss this matter.

Yours truly,

John B. Mann

John B. Mann

JBM/pb

*[handwritten: Called - left msg - 6-6-08, 6-09-08]*


EXHIBIT 5