# SANDS ANDERSON MARKS & MILLER
A PROFESSIONAL CORPORATION

**Robert B. Delano, Jr.**
Attorney

Direct: (804) 783-7268
E-mail: CDelano@SandsAnderson.com

RICHMOND • BLACKSBURG • FREDERICKSBURG
MCLEAN • RESEARCH TRIANGLE

WWW.SANDSANDERSON.COM

801 East Main Street
Post Office Box 1998
Richmond, Virginia 23218-1998
Main: (804) 648-1636
Fax: (804) 783-7291

November 14, 2008

Mr. Matthew J. Hilgeford
5812 Christopher Lane
Richmond, Virginia 23226

      Re:    Matthew J. Hilgeford v. National Union Fire Insurance Company of Pittsburgh, Pa. and American International Group, Inc.

Dear Mr. Hilgeford:

    Enclosed please find the defendant National Union Fire Insurance Company of Pittsburgh, Pa.'s First Interrogatories to Plaintiff, First Request for Production of Documents to Plaintiff and First Requests for Admission to Plaintiff in the above-captioned case.

    Please be advised that if you fail to admit what is requested in the First Requests for Admission to Plaintiff, then, pursuant to the Federal Rules of Civil Procedure, the defendant will move that you be required to pay its reasonable expenses, including attorney's fees, that are incurred in having to prove that which you have failed to admit.

    Defendant also point out to you your obligation as a pro se plaintiff under Fed. R. Civ. P. 11 regarding the filing of frivolous pleadings, documents, etc.

    Thank you.

Sincerely,

Robert B. Delano, Jr.

RBDjr/pb
Enclosures

{W0834408.1 013620-073447}

**EXHIBIT 1**